UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Denise Simpson

Case No. 05-52247 MBM

Chapter 13

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, __Uphar Dhaliwal__, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ __3,050.90__, said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor __First Resolution Investment Corp.__ The applicant further states that:

1. (Indicate one of the following)

    _____ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

    ✓ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

    _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

Respectfully submitted this 25th day of July, 2008

First Resolution Investment Corp.
Name of creditor

_[Signature]_
Signature of Applicant

Uphar Dhaliwal, In-House Legal Counsel
Name and Title of Applicant

First Resolution Investment Corp.
Company Name

P.O. Box 34000
Street Address

Seattle, WA 98124-1000
City and State

(604) 654-6775
Telephone number

86-0876402
Tax Identification

XXX-XX-
Social Security Number

Claim Number