UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Denise Simpson

Case No. 05-52247 MBM

Chapter 13

### AFFIDAVIT OF CLAIMANT

First Resolution Investment Corp., does hereby state that it is the claimant to the unclaimed funds released in this application and that it is to the best of my knowledge, the legal owner of these funds.

Mailing address: P.O. Box 34000
Seattle, WA 98124-1000

Phone number: (604) 654-6775

Social security number XXX-XX-_____

If claimant is a corporation, the federal tax ID number 86-0876402

    1. Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

    2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person named in item one above to recover these funds.

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: July 25th

Signature of Claimant
Uphar Dhaliwal
Authorized Agent
for Claimant

Sworn to and Subscribed before me this 25th day of July, 2008

*Angel M Page*
NOTARY PUBLIC AT LARGE
STATE OF Washington

**Notary Public
State of Washington
ANGEL M PAGE
MY COMMISSION EXPIRES
January 5, 2011**